[No. 55458-1-I.   Division One.   October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO VILLALOBOS PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00560-5, Michael E. Rickert, J., entered December 10, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Baker, J.; Coleman, J., concurring separately.

[No. 56045-0-I.   Division One.   October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CRAIG LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01733-0, Douglas D. McBroom, J., entered March 10, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56275-4-I.   Division One.   October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD ALLEN BARROW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01060-4, Nicole MacInnes, J., entered May 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56286-0-I.   Division One.   October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN LEE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01058-1, Stephen J. Dwyer, J., entered May 4, 2005. *Affirmed* by unpublished per curiam opinion.